

## NUMBER 13-19-00523-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

INSURAPRISE, INC.,                                                        Appellant,

v.

PAMELA BOEVE,                                                            Appellee.

### On appeal from the 26th District Court
### of Williamson County, Texas.

# ORDER OF ABATEMENT

### Before Justices Benavides, Longoria, and Perkes
### Order Per Curiam

Appellant's counsel, Glen H. Waldman, Michael A. Sayre, and John W. Thomas,

have filed an opposed amended motion to withdraw as counsel.[1]   Counsel for appellant

states there is good cause to grant the motion to withdraw because of professional

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001.

considerations require termination of the representation and that appellant does not consent to the motion to withdraw. Counsel requests the Court stay all action in the case for thirty days to allow appellant to hire new counsel. After consideration of the motion and appellee's objections, we grant said motion.

Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellant, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court. Only a licensed attorney may appear and represent a corporation in litigation. *See Kunstoplast of Am. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996). Accordingly, appellant is directed to obtain counsel to represent it in this appeal and to file a notice of appearance on or before December 13, 2019. We grant counsel's motion and this appeal is ordered ABATED until December 13, 2019.

It is so ORDERED.

PER CURIAM

Delivered and filed the
4th day of November, 2019.

2